No. 10–10158. WILLIAMS v. WRIGHT, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS, ET AL. C. A. 8th Cir.;

No. 10–10159. WILLIAMS v. JOHNSON ET AL. C. A. 8th Cir.; and

No. 10–10160. WILLIAMS v. CROUCH ET AL. C. A. 8th Cir. Motions of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [564 U. S. 1033] denied.

No. 10–10217. CUNNINGHAM v. KELLEY ET UX. Dist. Ct. App. Fla., 2d Dist.;

No. 10–10310. PHILLIPS v. CITY OF RENTON, WASHINGTON. Sup. Ct. Wash.;

No. 10–10511. WASHINGTON v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES. C. A. 11th Cir.;

No. 10–10536. WALKER v. HONYAOUMA. C. A. 9th Cir.;

No. 10–10607. VILLEGAS ET AL. v. BERRIOS CASTRODAD ET AL. Sup. Ct. P. R.;

No. 10–10629. VAUGHAN v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir.;

No. 10–10651. KHAN v. BLAND ET AL. C. A. 7th Cir.;

No. 10–10726. GREEN v. MABUS, SECRETARY OF THE NAVY. C. A. 3d Cir.;

No. 10–10866. VOINCHE v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir.;

No. 10–11038. BURNS v. COMMISSIONER OF REVENUE OF MINNESOTA. Sup. Ct. Minn.;

No. 10–11039. IN RE BURNS ET AL.;

No. 10–11180. NEAL v. FORD MOTOR CO. C. A. 6th Cir.;

No. 10–11262. FOWLER v. GEITHNER, SECRETARY OF THE TREASURY. C. A. 4th Cir.;

No. 10–11281. WHITBY v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.;

No. 11–5041. WHITE v. UNITED STATES. C. A. Armed Forces;

No. 11–5058. MITCHELL v. DALLAS HOUSING AUTHORITY. C. A. 5th Cir.;

No. 11–5073. KINANE ET AL. v. UNITED STATES. Ct. App. D. C.;

No. 11–5149. WELENC v. FLORIDA (two judgments). Dist. Ct. App. Fla., 2d Dist.;

No. 11–5218. IN RE GRAYTON;

No. 11–5381. WHEELER-CHRIST *v.* MONTGOMERY COUNTY, MARYLAND. C. A. 4th Cir.;

No. 11–5384. JACOBSON ET AL. *v.* SCHWARZENEGGER ET AL. C. A. 9th Cir.;

No. 11–5417. BAFFORD *v.* MIDFIRST BANK ET AL. C. A. 11th Cir.;

No. 11–5433. TRAN *v.* NEWPORT NEWS HOLDING CORP. C. A. 4th Cir.;

No. 11–5549. PHILLIPS *v.* JAMES ET AL. C. A. 3d Cir.;

No. 11–5554. CESLIK *v.* MILLER FORD, INC. C. A. 2d Cir.;

No. 11–5664. OCHOA *v.* RUBIN. Super. Ct. Pa.;

No. 11–5682. REYES *v.* UNITED STATES. C. A. 11th Cir.;

No. 11–5687. EWING *v.* UNITED STATES. C. A. 4th Cir.;

No. 11–5886. BROWN *v.* UNITED STATES. C. A. 4th Cir.; and

No. 11–5954. LATOS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 24, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–10699. RAY *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [564 U. S. 1033] denied.

No. 10–11168. IN RE RUDAJ; and

No. 11–5102. KLEIN *v.* TALKIN, MUCCIGROSSO & ROBERTS, L. L. P. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 24, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court. JUSTICE KAGAN took no part in the consideration or decision of these motions.

No. 10–7304. IN RE ROANE;

No. 10–10930. IN RE WILLIAMS;

No. 10–11163. IN RE JOHNSON;

No. 11–5019. IN RE JACKSON;

No. 11–5061. IN RE ALLAH;

No. 11–5107. IN RE MYERS;

No. 11–5130. IN RE ZIERKE;

No. 11–5200. IN RE NAIDU;

No. 11–5227. IN RE SWEENEY;